CAROLINE M. LINCOLN *vs.* GEORGE T. LINCOLN.

A residuary gift in a will, to J. S. without words of inheritance, conveys the fee, and not a mere life estate, in land to which it applies.

CONTRACT upon a written agreement of the defendant, dated October 20, 1870, to pay $7166 to the plaintiff in consideration that she should convey to him "an absolute inheritable title" to a parcel of land in Leominster "by a good warranty deed with usual covenants."

The plaintiff was the widow of Luke Lincoln of Leominster, who died seised and possessed of the land and left a will which was duly proved and allowed before the date of said agreement and of which the plaintiff was executrix. After a specific legacy to the testator's daughter, who was his only heir, the will contained the following clause: "The rest and residue of all my

property, personal, real or mixed, (after paying all just and lawful demands against my estate,) I give and bequeath to my beloved wife, Caroline M. Lincoln."

The foregoing facts were agreed, and the only question thereon was whether the plaintiff took "an absolute inheritable title" in the land, subject to the payment of the debts and legacy. If she did, judgment was to be rendered for her for a stated sum; otherwise, for the defendant.

*G. F. Hoar*, for the plaintiff.

*P. E. Aldrich*, for the defendant.

BY THE COURT. It is too well settled to need the citation of any authorities, that these words give to the devisee an estate in fee.               *Judgment for the plaintiff.*